# Exhibit B

# SIGRID OLSEN/ISLA DESIGN STUDIO
# RE: QVC UK
## ADDENDUM TO TERM SHEET
## DATED OCTOBER 20, 2014
## BETWEEN
## ISLA DESIGN STUDIO AND NATION DESIGN PARTNERS, LLC

**Venue(s):**

QVC United Kingdom

**Royalty Compensation:**

Isla Design Studio shall be compensated at a rate of 6.00% of net sales.

**Note:**

Net sales shall mean the gross invoice amount less all deductions, markdowns, returns and chargebacks.

**Travel Arrangements:**

- Coach class airfare only
- Two (2) hotel nights at QVC designated hotel
- Reasonable meals and miscellaneous expenses reimbursed with receipts

The parties hereto have executed this Addendum to the Agreement dated October 20, 2014 as of the day and year set forth below:

[Sigrid Olsen, Isla Design Studio]

By: *(signature)*
Name: Sigrid Olsen
Title: CEO
Date: 2.26.16

NATION DESIGN PARTNERS, LLC

By: _____
Name: Lynne Ronon
Title: CEO
Date: _____